United States District Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARINELL MUSIC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:23-cv-102 |
| CITY OF FREEPORT, TEXAS, *et al.*, | § § § | |
| Defendants. | § § § § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 38, entered in this case granting the defendants' motions for summary judgment, Dkts. 35, 37, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 23rd day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE